George H. Fletcher and Others, Respondents, v. Thomas H. Beeckman, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $1,201.69; in which event, judgment as so reduced affirmed, without costs. No opinion. Settle order on notice.

Atwood Violett and Others, Copartners Doing Business under the Firm Name and Style of Atwood Violett & Company, Respondents, v. Paul W. Horbach, Appellant.— Judgment and order modified by reducing the extra allowance to five per cent of the recovery, and as so modified affirmed, with costs to the respondents. No opinion. Settle order on notice.

James A. Campbell, Respondent, v. Sun Printing and Publishing Association, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $2,500; in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

The O. J. Gude Company, Appellant, v. Ely J Rieser, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Mary G. Boeck, Respondent, v. Alfred H. Smith and Harrison B. Smith, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

Irving E. Raymond, as President of A. A. Vantine & Company, Plaintiff, v. Louis C. Tiffany and Others, Appellants, Impleaded with W. & J. Sloane, Respondent, and Others, Defendants.—Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

London and River Plate Bank, Limited, Respondent, v. George Whitmore Carr, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Allen Fitch, Appellant, v. Emma J. Richardson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Isaac Schreiber, Respondent, v. Julia Elkin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Lee De Forest, Appellant, v. Lucile De Forest, Respondent.— Order modified by reducing alimony to fifteen dollars a week, and by reducing counsel fee to seventy-five dollars; and as so modified affirmed, without costs. No opinion. Settle order on notice.

Joseph Personeni, Appellant, v. John McG. Goodale, Individually and as Trustee for Pauline Arnoux, etc., and Others, Defendants, Impleaded with William W. Heroy, as Surviving Partner of the Firm of Heroy & Marrenner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Rosie Lam, Appellant, v. Louis Lam, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Estate of Benjamin Richardson, Deceased. William T. Washburn and Emma Richardson, Individually and as Executors of and Trustees under the Last Will and Testament of Benjamin Richardson, Deceased, Appellants; Viola J. M. Karam and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.